# UNITED STATES DISTRICT COURT
for the

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 3:23MJ373 RAR
aa red iPhone 11 currently located in the evidence room )
of the New Britain Police Department as more fully )
described in Attachment A )

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A which is attached hereto and incorporated herein.

located in the _____ District of _____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B which is attached hereto and incorporated herein.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1591(a) | Sex Trafficking of a Minor |

The application is based on these facts:
See Affidavit of Special Agent Marshall McGuerty, Homeland Security Investigation, which is attached hereto and incorporated herein

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

MARSHALL C MCGUERTY
Digitally signed by MARSHALL C MCGUERTY
Date: 2023.04.18 15:26:06 -04'00'

*Applicant's signature*

Special Agent Marshall McGuerty

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
Telephone *(specify reliable electronic means)*.

Date: 4/18/23

Robert A. Richardson
Digitally signed by Robert A. Richardson
Date: 2023.04.18 17:03:39 -04'00'

*Judge's signature*

City and state: Hartford Connecticut    Robert A. Richardson, United States Magistrate Judge

*Printed name and title*

## AFFIDAVIT OF HSI SPECIAL AGENT MARSHALL MCGUERTY

I, Marshall C. McGuerty, being first duly sworn, hereby depose and state as follows:

**Introduction and Agent Background**

1. I am a Special Agent with the United States Department of Homeland Security (DHS), Homeland Security Investigations (HSI), and have been so employed since April of 2020. I am currently assigned to the HSI Springfield Resident Agent in Charge (RAC) Office. Prior to my assignment to the Springfield RAC office, I was assigned to the HSI Boston Special Agent in Charge (SAC) office, where I participated in investigations pertaining to human trafficking. As a Special Agent with HSI, I am a law enforcement officer of the United States within the definition of 18 U.S.C. § 2510(7), and am empowered by law to conduct investigations and make arrests for offenses enumerated in 18 U.S.C. § 2516.

2. As a Special Agent, I am responsible for initiating, conducting, and participating in criminal investigations involving allegations of various federal laws including child pornography, human trafficking, drug trafficking, and immigration violations. I have received training and gained experience in interviewing techniques, arrest procedures, search and arrest warrant applications, the execution of searches and seizures, and various other criminal laws and procedures.

3. I make this affidavit in support of an application for a search warrant to search a red iPhone 11 assigned Serial Number C7CZX2KXN72L and IMEI number 356559105644343, currently located in the evidence room of the New Britain Police Department (the "VICTIM PHONE"), as further described in Attachment A.

4. I am investigating Carlos CASILLAS for sex trafficking of a minor in violation of 18 U.S.C. §§ 1591(a)(1) (the "Subject Offense"). On May 19, 2022, a federal grand jury in the

District of Massachusetts returned an indictment charging CASILLAS with the Subject Offense. *See United States v. Casillas,* 3:22cr30018 (D. Mass). Currently, trial is scheduled to begin on July 10, 2023.

5. As described below, there is probable cause to believe the VICTIM PHONE contains evidence, fruits, or instrumentalities of the Subject Offense, as described in Attachment B.

6. The facts in this affidavit come from my personal observations, training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## THE SUBJECT OFFENSE

7. Title 18, United States Code, Section 1591(a) makes it illegal for anyone knowingly, in or affecting interstate commerce, (1) to recruit, entice, harbor, transport, provide, obtain, or maintain by any means a person, or (2) to benefit, financially or by receiving anything of value, from participation in a venture which has engaged in an act described in violation of (1) above, knowing, or in reckless disregard of the fact, that means of force, threats of force, fraud, coercion, or any combination of such means will be used to cause the person to engage in a commercial sex act.

## PROBABLE CAUSE

8. On October 28, 2021, a federal Magistrate Judge issued a federal search warrant for the Facebook account of Carlos CASILLAS ("CASILLAS ACCOUNT") (Screen/User Name: Carlos Casillas; User ID: 100024593259380) (21-mj-3149-KAR) for records from the inception of the account to present. The facts set for in the affidavit in support of the application

for that search warrant are incorporated herein by reference, and the affidavit is attached hereto as Exhibit A.  On November 1, 2021, Facebook provided the requested records to HSI Springfield for the date range January 1, 2004, through October 28, 2021.

  9. On December 6, 2021, a federal Magistrate Judge issued a federal search warrant for the former Facebook account of Minor Victim 1 ("MV1") (Screen/Username: Jada Blanco; User ID: 100058819023359) (21-mj-3201-KAR) for records from January 1, 2021, to present. The facts set forth in the affidavit in support of the application for that search warrant are incorporated herein reference, and the affidavit attached hereto as Exhibit B.  On December 10, 2021, Facebook provided the requested to HSI Springfield for the date range January 7, 2021, through December 6, 2021.

  10. On March 1, 2023, a federal Magistrate Judge issued a federal search warrant for historical location information associated with the cell phone assigned call number (413) 693-6506 (23-mj-3043-KAR).  The facts set forth in the affidavit in support of the application for that search warrant are incorporated herein by reference, and the affidavit is attached hereto as Exhibit C.

  11. On April 4, 2023, a federal Magistrate Judge issued federal search warrants for the Facebook account of MV1 (Screen/Username:  Jada Bando; User ID: 10007683774431) for records from September 1, 2021, to April 30, 2022 and the CASILLAS ACCOUNT for records from October 29, 2021 to April 30, 2022 (23-mj-4183 & 23-mj-4185).  The facts set forth in the affidavit in support of the application for these search warrants are incorporated herein by reference, and the affidavit is attached hereto as Exhibit D.

*INTERVIEW OF MINOR VICTIM 1*

12. On April 6, 2023, Assistant United States Attorney ("AUSA") Catherine Curley, AUSA Deepika Shukla, and I interviewed MV1.

13. During the interview, MV1 stated that MV1 had a red iPhone (the VICTIM PHONE), which was taken from her by the New Britain Police when the New Britain Police found MV1 in New Britain, Connecticut in or around May 2022.[1] At the time, MV1 had absconded with Minor Victim 2 ("MV2") from the group residence MV1 had been placed in by the Massachusetts Department of Children and Families. MV1 stated that MV1 believed the VICTIM PHONE would contain videos relevant to the Subject Offense which were taken on or around September 2, 2021.[2]

14. MV1 explained that the videos taken on or about September 2, 2021 were originally taken using a phone then in MV2's possession, but were later downloaded onto the VICTIM PHONE.

15. On April 7, 2022, I contacted the New Britain Police Department, and learned the New Britain Police currently have the VICTIM PHONE in their custody in the New Britain Police Department evidence room located at 10 Chestnut Street, New Britain, Ct 06051.

---

[1] On July 21, 2022, the New Britain Police Department obtained search warrants for the VICTIM PHONE and a Black LG cellular phone, both seized by New Britain Police Officers on or about May 14, 2022, seeking evidence of an unrelated human trafficking offense. In those search warrants, the New Britain Police Department identified the Black LG cellular phone as MV1's phone, and the red iPhone as MV2's phone. However, as noted above, MV1 identified the red iPhone (the VICTIM PHONE) as MV1's phone.

[2] The interview on April 6, 2023, was the first time MV1 disclosed any information suggesting there might be information relevant to the investigation described herein on a red iPhone seized by the New Britain Police. Investigators therefore had no cause to seek a search warrant for the VICTIM PHONE prior to this date. On April 10, 2023, the government sought MV1's consent to search the VICTIM PHONE. MV1's attorney denied the request.

## CONCLUSION

16. Based on the information described above, I have probable cause to believe that the VICTIM PHONE contains information relating to the sex trafficking of a minor on the part of Carlos CASILLAS.

Respectfully submitted,

MARSHALL C MCGUERTY
Digitally signed by MARSHALL C MCGUERTY
Date: 2023.04.18 15:26:55 -04'00'

_____
MARSHALL MCGUERTY
Special Agent
United States Department of Homeland Security, Homeland Security Investigations

Subscribed and sworn to by telephone on April __18__, 2023

Robert A. Richardson
Digitally signed by Robert A. Richardson
Date: 2023.04.18 17:04:55 -04'00'

_____
ROBERT A. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

## ATTACHMENT A

The equipment to be searched is the following:

A red iPhone 11 assigned Serial Number C7CZX2KXN72L and IMEI 356559105644343 (the VICTIM PHONE).  The VICTIM PHONE is currently located in the New Britain Police Department evidence room located at 10 Chestnut Street, New Britain, CT 06051.

## ATTACHMENT B

I.    All records, in whatever form, and tangible objects that constitute evidence, fruits, or instrumentalities of 18 U.S.C.§ 1591(a)(1) (the "Subject Offense"), including records or data from September 2, 2021 to July 21, 2022 relating to:

    A.    Communications relating to the Subject Offense;

    B.    Data tending to identify the regular user(s) of the VICTIM PHONE;

    C.    The identity, travel, and past or present location of the user(s) of the VICTIM PHONE and/or of any other individuals in any way involved or associated with the Subject Offense;

    D.    E-mail or Internet accounts, telephone numbers, social media services, or web or mobile based applications providing Internet access, remote data storage, or communication services for the user(s) of the VICTIM PHONE;

    E.    Any records tending to identify co-venturer, victims, perpetrators, and/or witnesses of the Subject Offense;

    F.    Any entries in the electronic "phone book" or list of contacts (including names, telephone numbers, street addresses, email addresses, photographs, and other identifying information for each entry);

    G.    Videos and photographs stored on the VICTIM PHONE;

    H.    Incoming and outgoing call logs and records of telephone connections, including non-content records of Caller-IDs for all telephone calls, text messages, instant messages, and email messages sent and received on the VICITM PHONE;

I. The content of any communication(s) that may be stored on the phone, such as voice-mails or other audio recordings or emails, instant messages, or text messages created, sent, or received (including attachments) that demonstrate possession and/or ownership of the VICTIM PHONE reference or relate to the Subject Offense, or which appear likely to have been sent or received from a co-venturer, victim, perpetrator, and/or witnesses of any of these offenses; and

J. Any data or records tending to place in context, identify the creator or recipient of, or establish the time of creation or receipt, of any other record or data described above.

II. Serial numbers and any electronic identifiers that serve to identify the computer equipment.